UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NATHANIEL JAMES DAVIS, JR., | ) | CASE NO. C09-0574-RSM-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR ENLARGEMENT OF |
| STATE OF WASHINGTON, et al., | ) | TIME |
| Defendants. | ) | |

Plaintiff has filed a civil rights complaint under 42 U.S.C. § 1983. On May 15, 2009, this Court issued an Order directing plaintiff to show cause within thirty days why this action should not be dismissed for failure to allege a cognizable claim for relief. On May 27, 2009, the Court received from plaintiff a motion for enlargement of time. Though not entirely clear from the motion, the Court presumes that plaintiff intends to request additional time to respond to the Court's Order to Show Cause.

The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby ORDER as follows:

(1) Plaintiff's motion for an enlargement of time (Dkt. 9) is GRANTED. Plaintiff

01 is directed to file his response to this Court's May 15, 2009, Order to Show Cause not later than
02 August 15, 2009.  Failure to file a response by the date set forth in this Order will result in a
03 recommendation that this action be dismissed.
04     (2)    The Clerk is directed to send a copy of this Order to plaintiff.
05     DATED this <u>29th</u> day of June, 2009.

06                                    <u>s/ Mary Alice Theiler</u>
                                     United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR ENLARGEMENT OF TIME
PAGE -2