UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHANIEL JAMES DAVIS, JR., | CASE NO. C09-0574 RSM |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| STATE OF WASHINGTON, *et al.*, | |
| Defendants. | |

Having reviewed the relevant pleadings, the exhibits attached thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remainder of the record, the Court hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation

(2) Plaintiff's complaint (Dkt. #4) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)

(3) The Clerk is directed to forward a copy of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 17th day of September, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1